# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

SA'AIRE SALTON,

     Plaintiff,

  v.

                             Case No. 26-CV-1192

MILWAUKEE COUNTY HUMAN &
HEALTH SERVICES, et al.,

     Defendants.

## ORDER ON MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYING THE FILING FEE

On July 7, 2026, Sa'Aire Salton filed a *pro se* complaint against Milwaukee County Human & Health Services. (Docket # 1.) Additionally, Salton filed a motion for leave to proceed without prepaying the filing fee (*in forma pauperis*). (Docket # 2.)

In her request to proceed without prepaying the filing fee, Salton indicates that she is employed, single, and has two kids that rely on her for support. (Docket # 2.) She states that her monthly income is $5700.00, and her total monthly expenses are $4,534.00. (*Id.* at 2–5.) Salton also states that she has $8.00 in her checking account and that her termination in October 2025 has limited her financial resources. (*Id.* at 1, 3.) Her monthly income, however, exceeds her total monthly expenses by almost $1200.00. Based on this information, I conclude that Salton is not indigent for purposes of the *in forma pauperis* statute and will deny her motion. If Salton wishes to proceed with this action, she must pay the $405.00 filing fee for a civil action by **July 31, 2026**. Upon receipt of the filing fee, I will screen the complaint. If Salton fails to timely pay the filing fee, I will recommend that her complaint be dismissed.

**ORDER**

**NOW, THEREFORE, IT IS ORDERED** that Salton's motion to proceed without prepaying the filing fee (Docket # 2) is denied. Salton shall pay the $405.00 filing by **July 31, 2026**. Failure to comply with this Order will result in a recommendation that her complaint be dismissed.

Dated at Milwaukee, Wisconsin this 10th day of July, 2026.

BY THE COURT

NANCY JOSEPH
United States Magistrate Judge